# UNITED STATES DISTRICT COURT
## Northern District of Florida

UNITED STATES OF AMERICA

v.

RONALD M. ALLEN

Case No.: 4:04cr7-001/MCR
USM No.: 11828-017

_____/

Date of Original Judgment: __July 12, 2004_____

Date of Previous Amended Judgment: _____N/A_____
*(Use Date of Last Amended Judgment if Any)*

## Order on Motion for Sentence Reduction

The Defendant has moved under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment previously imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u).

Having considered such motion, and taking into account Amendment 750 as modified by the recent changes to USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable, the Court orders that the motion is **GRANTED** and the Defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 170 months is **reduced** to 152.

*(Complete Part I or II Attachment, as applicable)*

**IT IS SO ORDERED.**

Order Date: ____November 19, 2014____

Effective Date: __November 29, 2014__
*(if different from order date)*

*Signature of Judge*
M. Casey Rodgers
Chief United States District Judge
Printed Name and Title of Judge

Rec'd1119'14UsDcFln3PM0346